| | |
|---|---|
| County Court, El Paso County Colorado<br>Court Address: 270 S Tejon, Colorado Springs, Co 80903<br>Plaintiff:   Budget Control Services, Inc.<br>vs.<br><br>Defendant(s): Cheryl Ozuna, Kyle Ozuna | ▲ Court Use Only ▲ |
| Attorneys for Plaintiff(s)<br>Josh Steiner [#25871] & Jonathan Hagn [#35219]<br>Bighorn Legal             Email:   budget@bighorn.legal<br>PO Box 370107           Ph:       720-316-6908<br>Denver, CO 80237-0107  File #:  **510636** | Case Number:<br>19c33596 |

## STIPULATION FOR PAYMENT(S)

Plaintiff's Attorneys prepared this document. Each Defendant ("I" or "me") signing below acknowledges and agrees as follows:

1. As described in the Complaint, I am indebted to Plaintiff for the **principal amount of $1172.79**, along with:
   a. **$181.85** for Plaintiff's costs to have me served with the Complaint and file it with the Court; and
   b. **$500.00** for Plaintiff's reasonable **attorney fees** (to date); and
   c. **$146.83** in interest at the rate of 8.00% per annum through April 15, 2019.
2. Neither Plaintiff nor any of its representatives have asserted in any way that I have been determined to be liable to Plaintiff for any amounts listed above; only a Court can make that determination. I am signing this document because I prefer agreeing to a reasonable payment plan regarding a debt which I acknowledge that I owe over the expense, uncertainty, and inconvenience of participating in litigation regarding the debt. With the understanding that litigation could have resulted in a judgment being entered in my favor, or against me for the amounts above (or more), I consent to the jurisdiction of this Court (including its magistrates) over this case, and waive any right to file an answer to, defend against, counterclaim, or otherwise contest Plaintiff's claim(s) against me as described in the Complaint, and to have such matters heard by a judge and/or jury.
3. I will pay Plaintiff $2001.47 plus interest (at the rate and from the date provided in ¶ 1-c above) as follows: $100.00 in April, $150.00 in May 2019, then $200.00 monthly, beginning 06/07/2019.
4. I will make all payments to Plaintiff online (https://www.bcscollect.com/make-a-payment), by phone (303-368-1500), or by mail. Mailed payments are considered "made" only when received at Plaintiff's address below with case number (above) on the face of the check or money order.
5. If all payments are timely made, then Plaintiff will request that the Court dismiss this case.
6. If any payment is overdue ("default") then Plaintiff will send to me, at my address provided below, **one notice only one time** providing me with 10 days to make ("cure") the overdue payment(s). If I do not cure the default within 10 days after Plaintiff sends the notice **or** any later payment is overdue, then Plaintiff shall be the prevailing party in this case and entitled to a judgment against me for **all amounts listed in ¶ 1 above, plus interest** (at the rate and from the date provided in ¶ 1-c above), **plus additional attorney fees** in the amount of $100.00, less a credit for all payments made.
7. Pursuant to Colorado Rules for Magistrates rules 3(f)(2) and 8(b), the parties hereby consent to a magistrate and waive their right to proceed before a judge. The parties understand that if they consent, they cannot withdraw consent later.

| | Defendant 1 | Defendant 2 | For Plaintiff |
|---|---|---|---|
| Signature | *(signed)* | *(signed)* | *(signed)* |
| Name | Cheryl Ozuna | Kyle Ozuna | Hal Chodikov-Manager |
| Address (email or mail) | 219 Talus Rd Monument CO 80132 | 219 Talus Rd Monument CO 80132 | 2950 S Jamaica Ct Ste. 200 Aurora CO 80014 |
| Employer name | Pikes Peak Oral Surgery | NA | |
| Employer phone | NA | NA | |

This Stipulation is hereby made an Order of the Court: _____   _____
                                                                Date              Judge / Magistrate

Exhibit A